# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**PATRICIA JACQUELINE HARRIS and VICTORY RE-ENTRY WOMEN CENTER INC,**

    **Plaintiffs,**

v.                                         Case No: 6:23-cv-1602-PGB-RMN

**TYLER WIGGINS, F.T. SICILIA INC, PHIL ARCHER, WAYNE IVEY and BREVARD COUNTY DETENTION CENTER,**

    **Defendants.**

_____/

## ORDER

This case is before the Court upon periodic review. On September 14, 2023, the Court entered an Order directing Plaintiff to file the Certificate of Interested Persons and the Notice of Pendency of Other Actions and was warned that failure to comply with the Order may result in dismissal of the case. (Doc. 7). Plaintiff has failed to comply with the Order, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 5, 2023.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties